JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MICHAEL S. IRICK ) No. SA CV07-0155-DOC(RNBx)
)
        Plaintiff, ) ORDER DISMISSING CIVIL ACTION
)
  v. )
)
UNITED FEDERAL BANK, ET. AL., )
)
        Defendants. )
_____)

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on October 18, 2007. Parties were ordered to show cause in writing no later than November 2, 2007, why this action should not be dismissed for lack of prosecution. Parties have failed to file any response to the Order to Show Cause.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: April 9, 2008

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE